ROMA BRETT, Appellant, v. JACK BRETT, Respondent.— Order affirmed, without costs, for the reason that the defendant's statements as to payments

made by him to the plaintiff on account of unpaid alimony have not been controverted by plaintiff, and, therefore, the exact amount due has not been established by the moving papers. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.